UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH COHEN, : : Plaintiff, : : v. : : STARBUCKS CORPORATION, : JOHN DOE(S)    I-X : : Defendant(s). : | Civil Action No.: 19-2062(FLW) **ORDER** |

**THIS MATTER** having been opened to the Court by James W. McCartney, Esq., counsel for Defendant Starbucks Corporation ("Starbucks"), on a Motion to dismiss Plaintiff Elizabeth Cohen's ("Plaintiff") Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(2) or, in the alternative, under the doctrine of *forum non conveniens*; it appearing that Plaintiff, through her counsel, William Pfister, Jr., Esq., opposes the motion; the Court having considered the submissions of the parties without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 25th day of June, 2019,

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that this matter is transferred to the United States District Court for the Western District of Washington, in lieu of dismissal.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge